IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:13CR505 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL CASTRO, et al., | ) | |
| | ) | |
| Defendants. | ) | PRELIMINARY ORDER OF FORFEITURE |
| | ) | |

1. On March 4, 2014, a 26-count superseding indictment was filed against Miguel Castro, Monica Castro, and four other co-defendants, charging them with multiple violations to include 8 U.S.C. § 1324 and 18 U.S.C. § 1341.

2. The superseding indictment further sought forfeiture pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461(c) of a money judgment.

3. On December 15, 2014, Miguel Castro entered into a Plea Agreement, pleading guilty to counts 1, 2, 15, and 21 of the superseding indictment and agreed to the forfeiture of the following

property because it constitutes or was derived from proceeds traceable to the criminal activity to which he pled:

> a money judgment in the amount of $100,000, to be jointly and severally liable with co-defendant, Monica Castro.

4. On December 15, 2014, Monica Castro entered into a Plea Agreement, pleading guilty to counts 1, 2, 15, and 16 of the superseding indictment and agreed to the forfeiture of the following property because it constitutes or was derived from proceeds traceable to the criminal activity to which she pled:

> a money judgment in the amount of $100,000, to be jointly and severally liable with co-defendant, Miguel Castro.

5. By virtue of the foregoing, the United States is entitled to possession of the subject property, pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461(c).

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That Defendants Miguel Castro and Monica Castro shall forfeit a money judgment in the amount of $100,000.00 to the United States of America, which amount represents proceeds of the criminal conduct charged in those counts of the superseding indictment to which the defendants pled guilty.

2. That Defendants Miguel Castro and Monica Castro shall be jointly and severally liable for the payment of this money judgment to the United States of America.

3. The order of forfeiture may be amended at any time pursuant to Fed. R. Crim. P. 32.2 to include substitute assets, until which time the money judgment has been fully satisfied.

IT IS SO ORDERED this 1st day of May, 2015.

_____
SARA LIOI
UNITED STATES DISTRICT JUDGE